United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ALICIA TREVINO, <br> PLAINTIFF, | § § § § | |
| v. | § § § | CIVIL ACTION # 1:17-CV-00198 <br><br> JURY DEMAND |
| THE UNITES STATES OF AMERICA <br> DEFENDANT. | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

BE IT REMEMBERED that on this day, in the above entitled and numbered cause came on for consideration Plaintiff's MOTION To DISMISS filed herein, and the Court, having considered the same, is of the opinion that such Motion should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that this case be dismissed *with prejudice* with costs to be borne by the party incurring same. The Clerk of the Court is INSTRUCTED to close this case.

SIGNED and ENTERED on this the 28th day of November, 2017.

_____
ROLANDO OLVERA
U.S. District Judge

R. Todd Elias
rtelias@geslawfirm.com